UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

USA

VERSUS

ASHTON R. O'DWYER, JR.

CRIMINAL

NO. 10-34

SECTION "N"(1)

## ORDER

The Judges of this Court, having recused themselves in the captioned case,

IT IS ORDERED that the captioned case is assigned to Senior United States District Judge Donald E. Walter, who has previously been designated to hold court in the Eastern District of Louisiana.

New Orleans, Louisiana, this 12th day of February, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

FEB 1 2 2010

TRANSFERRED

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____