# UNITED STATES DISTRICT COURT FOR

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| USA | CRIMINAL NO: 10-34 |
| versus | JUDGE DONALD E. WALTER |
| ASHTON R. O'DWYER, JR. | |

## ORDER

The Magistrate Judges of this Court having recused themselves in the captioned case,

IT IS HEREBY ORDERED that Magistrate Karen L. Hayes is assigned to the captioned matter and further that the pending Detention Hearing and Motion for Psychiatric Exam is referred to Magistrate Hayes for disposition.

THUS DONE and SIGNED at Shreveport, Louisiana, this 17 day of February, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

FEB 18 2010
Re-Assigned