UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 10-34 |
| VERSUS | JUDGE DONALD E. WALTER |
| ASHTON R. O'DWYER, JR. | MAGISTRATE KAREN HAYES |

## ORDER

The Magistrate Judges of this Court having recused themselves in the captioned matter, and the consent of the Chief Judges of the Eastern and Western Districts of Louisiana having been obtained, pursuant to 28 U.S.C. 636:

IT IS HEREBY ORDERED that Magistrate Karen L. Hayes of the Western District of Louisiana is designated Magistrate Judge for the captioned matter;

AND FURTHER,

The pending Detention Hearing and Motion for Psychiatric Exam is referred to Magistrate Hayes for disposition.

THUS DONE and SIGNED at Shreveport, Louisiana, this 18th day of February, 2010.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE