UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
|---|---|---|
| **VERSUS** | * | NO: 10-34 |
| **ASHTON R. O'DWYER, JR.** | * | SECTION: "N"(1) |

## ORDER

A hearing to reconsider the detention order was previously set in the above captioned case for February 18, 2010. On February 12, 2010, the Judges of this Court recused themselves and the case was assigned to Senior United States District Judge Donald E. Walter of the Western District of Louisiana.

**IT IS HEREBY ORDERED** that the hearing set for Thursday, February 18, 2010, is **CONTINUED** to a date and time scheduled by Senior United States District Judge Donald E. Walter and/or United States Magistrate Judge Karen L. Hayes.

New Orleans, Louisiana, this 17th day of February, 2010.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY:**
**Senior United States District Judge Donald E. Walter, Shreveport, LA**
**United States Magistrate Judge Karen L. Hayes, Monroe, LA**
**Federal Public Defender Virginia L. Schlueter**
**Assistant United States Attorney Gregory Kennedy**
**and defendant Ashton R. O'Dwyer, Jr.**