UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION NO. 10-0034** |
| **VS.** | : | **JUDGE WALTER** |
| **ASHTON O'DWYER** | : | **MAGISTRATE JUDGE HAYES** |

## ORDER

A detention hearing is hereby set in the above-captioned matter for Monday, February 22, 2010, at 10:00 a.m., in Courtroom 316 of the Hale Boggs Federal Courthouse, New Orleans, Louisiana. At that time, the court also will hear argument on the government's pending motion for a pretrial psychiatric and psychological examination. [doc. # 17].

IT IS SO ORDERED.

THUS DONE AND SIGNED at Monroe, Louisiana, this 18th day of February 2010.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE