# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO.  10-0034 |
| VS. | : | JUDGE DONALD E. WALTER |
| ASHTON O'DWYER | : | MAG. JUDGE KAREN L. HAYES |

## ORDER

On March 4, 2010, the court released defendant on bond, subject to several special conditions.  *See* Order Setting Conditions of Release [doc. # 36].  One such condition requires defendant to undergo medical or psychiatric treatment as recommended by Dr. Mallik.  *Id*. Standby counsel for defendant has now advised the court that Dr. Mallik recommends that defendant be followed by Dr. Andrew Morson, a faculty member at the Tulane Medical School with a speciality in forensic psychiatry.  Accordingly, defendant's special conditions of release are hereby clarified to reflect that, until further notice, Mr. O'Dwyer is to undergo regular medical or psychiatric treatment or counseling as prescribed by Dr. Andrew Morson, at the government's expense.

A telephone scheduling conference is hereby set in this matter for March 17, 2010, at 2:00 p.m.  The government shall initiate the conference call to include the court, counsel, and Mr. O'Dwyer, should he wish to participate.  After consultation with Mr. O'Dwyer, standby counsel shall timely notify counsel for the government should Mr. O'Dwyer wish to participate in the conference, so he may be included in the conference call.

On, or before the date of the scheduling conference, the parties shall disclose to the court

the name of the mutually agreeable medical professional who shall be appointed to examine

defendant's competency to stand trial.  For scheduling purposes, the parties shall also ascertain

how much time the prospective medical professional will need to examine defendant and to issue

a report.

IT IS SO ORDERED.

THUS DONE AND SIGNED at Monroe, Louisiana, this 8th day of March 2010.


KAREN L. HAYES
U. S. MAGISTRATE JUDGE