**MINUTE ENTRY**                                           March 25, 2010

**UNITED STATES OF AMERICA**

                                                          **CRIMINAL**

**VERSUS**                                                 **NO. 10-034 Section "N"(5)**

**ASHTON R. O'DWYER, JR.**

                                      * * * * * * * * * *

    In order to determine whether the psychiatrist on contract with the government is an appropriate choice to provide the recommended treatment, for Mr. O"Dwyer, Mr. O'Dwyer is to report to her for evaluation as directed by the pretrial services office.

                                                    _____
                                                    KAREN L. HAYES
                                                    U. S. MAGISTRATE JUDGE