**MINUTE ENTRY** March 25, 2010

**UNITED STATES OF AMERICA**

**VERSUS**

**ASHTON R. O'DWYER, JR.**

**CRIMINAL**

**NO. 10-034 Section "N"(5)**

\* \* \* \* \* \* \* \* \* \*

The court having been notified that the defendant's family will pay for his continued treatment with Dr. Morson, an evaluation by the contract physician is unnecessary at this time. The defendant is to continue treatment as recommended by Dr. Mallik and Dr. Morson, at his family's expense.

_____
KAREN L. HAYES
U. S. MAGISTRATE JUDGE

1