MINUTE ENTRY
HAYES, M.J.
MAY 21, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                      CRIMINAL ACTION

VERSUS                                        NO. 10-34

ASHTON O'DWYER                                SECTION: DEW

### BOND REVOCATION HEARING

PRESENT: _X_/ DEFENDANT
_X_/ COUNSEL FOR DEFENDANT _Cynthia Cimino & Virginia Schlueter_
_X_/ ASST. U. S. ATTORNEY _GREG KENNEDY_
_X_/ PRETRIAL/PROBATION OFFICER _TIMOTHY GANTNER_
___/ INTERPRETER_____
_X_/ GOVERNMENT WITNESS(ES) _Timothy Gantner, sworn + testified._
___/ DEFENSE WITNESS(ES)_____

___/ DEFENDANT'S MOTION FOR BOND REDUCTION DENIED; ORIGINAL BOND REMAINS IN FORCE.

___/ DEFENDANT'S MOTION FOR BOND REDUCTION GRANTED; BOND REDUCED TO _____

___/ GOVERNMENT'S MOTION FOR BOND INCREASE DENIED; ORIGINAL BOND REMAINS IN FORCE.

___/ GOVERNMENT'S MOTION FOR BOND INCREASE GRANTED; BOND INCREASED TO _____

___/ GOVERNMENT'S MOTION TO REVOKE BOND GRANTED AND THE DEFENDANT'S BOND IS ORDERED REVOKED.

___/ DEFENDANT VOLUNTARILY SURRENDERED THE ~~BOND~~
_X_/ DEFENDANT RELEASED ON ORIGINAL/(AMENDED BOND.)
___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL.

_X_/ OTHER _Conditions of release modified: Prohibit access to the Courthouse unless accompanied by his attorney or a representative of the FPD office._

MJSTAR: 00:55

5/20/10