## Message5611

| | |
|---:|---|
| **Subject:** | **Prosecutorial Misconduct** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 4/1/2009 6:22:00 PM |
| **To:** | 'robin.doyle.smith@usdoj.gov' |
| **CC:** | 'sarang.dalme@usdoj.gov' |

### Message Body

Well, well, well. Notwithstanding the fact that we all know what Eric Holder is (and he knows what he is, too), Ted Stevens looks like he's going to "walk", but the USDOJ lawyers who prosecuted him are liable for misconduct. If THEY are liable for misconduct charges, then what the FUCK are YOU liable for? DO YOUR FUCKING JOB, AND APPEAL DUVAL-DALEY-FAYARD's latest travesty, AND COUNTER-CLAIM AGAINST THE STATE in Civil Action No. 07-5040.

### Outlook Header Information

Conversation Topic: Prosecutorial Misconduct
Subject: Prosecutorial Misconduct
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'robin.doyle.smith@usdoj.gov'
CC: 'sarang.dalme@usdoj.gov'
Delivery Time: 4/1/2009 6:22:00 PM
Creation Time: 4/1/2009 6:15:59 PM
Modification Time: 4/1/2009 6:15:59 PM
Submit Time: 4/1/2009 6:22:35 PM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 5205

EXHIBIT 2

| **Message5608** | |
|---|---|
| **Subject:** | **The Department of "Injustice'** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 4/1/2009 2:36:00 PM |
| **To:** | 'robin.doyle.smith@usdoj.gov' |
| **CC:** | 'sarang.dalme@usdoj.gov' |
| **Message Body** | |

Robin: Please allow me to be brutally honest: You and your colleagues are a fucking disgrace. By allowing the corruption of the "Victims of KATRINA" litigation to occur under your very noses, and doing NOTHING about it, you are accomplices and co-conspirators in my book. The appellation which comes to mind is "gutless dogs". You won't even appeal Duval-Daley-Fayard's Order and Reasons of 3/20/09, which would at least shut up that dago-wop grease-ball and "Mr. Under-Indictment" Pierce O' Donnell. A counter-claim against the State by the USA in Civil Action No. 07-5040 would shut down all of this "talk" about "not being able to execute" a judgment against the State or a political subdivision of the State. What is the USA's position regarding the corrupt and fraudulent proposed settlement with the levee boards? By allowing this to "happen" YOU and your colleagues are part of the problem. How do you sleep at night? How do you look at yourself in the mirror? FUCK YOU!

| **Outlook Header Information** |
|---|
| Conversation Topic: The Department of "Injustice' |
| Subject: The Department of "Injustice' |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'robin.doyle.smith@usdoj.gov' |
| CC: 'sarang.dalme@usdoj.gov' |
| Delivery Time: 4/1/2009 2:36:00 PM |
| Creation Time: 4/1/2009 2:25:08 PM |
| Modification Time: 4/1/2009 2:25:08 PM |
| Submit Time: 4/1/2009 2:36:30 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 7442 |

EXHIBIT 2

00002

| Message5629 | |
|---|---|
| **Subject:** | **What Happened Yesterday in Duval-Daley-Fayard's Courtroom** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 4/3/2009 2:52:00 PM |
| **To:** | 'robin.doyle.smith@usdoj.gov' |
| **CC:** | 'sarang.dalme@usdoj.gov' |
| **Message Body** | |

Well, yesterday, I witnessed perjury, obstruction of justice and honest services fraud in a Federal Courtroom. It's a real "problem" when the fucking Judge is part of the problem. Still, no indictments. Not even a one sentence Notice of Appeal from His-Dishonor's 3/20/09 Order and Reasons. If I ever get a "bully pulpit" from the local or national media, I'm letting you and the Department of "Injustice" know that you are both in the cross-hairs". Have a nice weekend.

**Outlook Header Information**

Conversation Topic: What Happened Yesterday in Duval-Daley-Fayard's Courtroom
Subject: What Happened Yesterday in Duval-Daley-Fayard's Courtroom
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'robin.doyle.smith@usdoj.gov'
CC: 'sarang.dalme@usdoj.gov'
Delivery Time: 4/3/2009 2:52:00 PM
Creation Time: 4/3/2009 2:47:43 PM
Modification Time: 4/3/2009 2:47:43 PM
Submit Time: 4/3/2009 2:52:50 PM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 5460

EXHIBIT 2

00003

| Message5678 | |
|---|---|
| **Subject:** | **FTCA Administrative Claim** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 4/6/2009 10:56:00 PM |
| **To:** | 'robin.doyle.smith@usdoj.gov' |
| **CC:** | 'sarang.dalme@usdoj.gov'; 'janice.hebert@usdoj.gov' |
| **Message Body** | |

Robin: Let's cut to the chase: As an employee of the USDOJ, you have an obligation to the Citizenry to get substantive legal rights resolved expeditiously, win, lose or draw, particularly in a litigation in which the presiding Judge has favored his "close personal friend of long standing", and his friend's client, the State of "Louseyana" (at least between 8/29/07 and 10/09/08, and probably long before 8/29/07). The Federal Government's failure to indict Duval-Daley-Fayard and his "close personal friend of long-standing", Calvin Fayard, is a DISGRACE. Further, if you do NOT file a Notice of Appeal to Duval-Daley-Fayard's Order and Reasons of 3/20/09 prior to the commencement of the trial in the Robinson matter, which is scheduled to commence on 4/20/09 (by my count, you actually have until Monday, the 20th, to do so in a timely manner, but you will incur Stanwood's and Calvin's wrath by waiting until the 20th, in addition to causing a lot of people a lot of unnecessary work), then I plan to sue the piss out of you and the "Jew-Nighted" States of Amerika (the OBAMA Nation) for a number abrogations of legal duties and deprivation(s) of Constitutional rights. In other words, this missive is an Administrative Claim made in my name and in the names of each of my clients identified in the attachment to the Objections to the levee board settlement, which was tendered for filing, but REJECTED by the "puppet" Clerk of Court on 3/12 and 13, 2009. (I will send you these under separate cover, and incorporate each name identified therein, herein, by reference thereto). Each claim, including my own personal claim, is in the amount of $1 million, plus attorney's fees and costs, which are simply undeterminable at this time. Please inform the Attorney General of the perfection of this administrative claim under the FTCA, contingent on your not committing legal malpractice as a Government attorney.

| **Outlook Header Information** |
|---|

EXHIBIT 2

Conversation Topic: FTCA Administrative Claim
Subject: FTCA Administrative Claim
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'robin.doyle.smith@usdoj.gov'
CC: 'sarang.dalme@usdoj.gov'; 'janice.hebert@usdoj.gov'
Delivery Time: 4/6/2009 10:56:00 PM
Creation Time: 4/6/2009 8:21:19 PM
Modification Time: 4/6/2009 10:58:27 PM
Submit Time: 4/6/2009 10:56:46 PM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 10575

EXHIBIT 2

00005

| Message5679 | |
|---|---|
| **Subject:** | **FW: FTCA Administrative Claim** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 4/6/2009 10:58:00 PM |
| **To:** | 'Rebecca Mowbray'; 'Susan Finch'; 'jgill@timespicayune.com' |
| | **Message Body** |

EXHIBIT 2

00006

FUCK these mother-fuckers. Whadrdeygonnado, disbar me? Fuck 'em.

_____

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Monday, April 06, 2009 22:57
To: 'robin.doyle.smith@usdoj.gov'
Cc: 'sarang.dalme@usdoj.gov'; 'janice.hebert@usdoj.gov'
Subject: FTCA Administrative Claim


Robin: Let's cut to the chase: As an employee of the USDOJ, you have an obligation to the Citizenry to get substantive legal rights resolved expeditiously, win, lose or draw, particularly in a litigation in which the presiding Judge has favored his "close personal friend of long standing", and his friend's client, the State of "Louseyana" (at least between 8/29/07 and 10/09/08, and probably long before 8/29/07). The Federal Government's failure to indict Duval-Daley-Fayard and his "close personal friend of long-standing", Calvin Fayard, is a DISGRACE. Further, if you do NOT file a Notice of Appeal to Duval-Daley-Fayard's Order and Reasons of 3/20/09 prior to the commencement of the trial in the Robinson matter, which is scheduled to commence on 4/20/09 (by my count, you actually have until Monday, the 20th, to do so in a timely manner, but you will incur Stanwood's and Calvin's wrath by waiting until the 20th, in addition to causing a lot of people a lot of unnecessary work), then I plan to sue the piss out of you and the "Jew-Nighted" States of Amerika (the OBAMA Nation) for a number abrogations of legal duties and deprivation(s) of Constitutional rights. In other words, this missive is an Administrative Claim made in my name and in the names of each of my clients identified in the attachment to the Objections to the levee board settlement, which was tendered for filing, but REJECTED by the "puppet" Clerk of Court on 3/12 and 13, 2009. (I will send you these under separate cover, and incorporate each name identified therein, herein, by reference thereto). Each claim, including my own personal claim, is in the amount of $1 million, plus attorney's fees and costs, which are simply undeterminable at this time. Please inform the Attorney General of the perfection of this administrative claim under the FTCA, contingent on your not committing legal malpractice as a Government attorney.

EXHIBIT 2

00007

| **Outlook Header Information** |
|---|
| Conversation Topic: FTCA Administrative Claim |
| Subject: FW: FTCA Administrative Claim |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'Rebecca Mowbray'; 'Susan Finch'; 'jgill@timespicayune.com' |
| Delivery Time: 4/6/2009 10:58:00 PM |
| Creation Time: 4/6/2009 10:57:10 PM |
| Modification Time: 4/6/2009 10:57:10 PM |
| Submit Time: 4/6/2009 10:58:28 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 12999 |

EXHIBIT 2

00008

| Message5769 | |
|---|---|
| **Subject:** | **Record Document No. 18539** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 4/14/2009 7:34:00 AM |
| **To:** | 'robin.doyle.smith@usdoj.gov' |
| **CC:** | 'sarang.dalme@usdoj.gov' |
| **Message Body** | |

Robin: Well, Judge Duval-Daley-Fayard and his "close personal friend of long-standing, Calvin, sure fed the Federal Government a juicy "shit sandwich" in the referenced document. I sure hope that the Federal Government has plenty of "lubricant" handy, because if you don't file a Notice of Appeal, and the Robinson case proceeds to trial on the 20th, as scheduled, then the Government is going to get fucked in the ass.

| **Outlook Header Information** |
|---|
| Conversation Topic: Record Document No. 18539 |
| Subject: Record Document No. 18539 |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'robin.doyle.smith@usdoj.gov' |
| CC: 'sarang.dalme@usdoj.gov' |
| Delivery Time: 4/14/2009 7:34:00 AM |
| Creation Time: 4/14/2009 7:28:34 AM |
| Modification Time: 4/14/2009 7:28:34 AM |
| Submit Time: 4/14/2009 7:34:05 AM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 5164 |

EXHIBIT 2

## Message5793

| | |
|---:|:---|
| **Subject:** | **Record Document No. 18550** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 4/15/2009 7:26:00 AM |
| **To:** | 'robin.doyle.smith@usdoj.gov' |
| **CC:** | 'sarang.dalme@usdoj.gov' |

### Message Body

Well, well. I hope you know the way the wind's blowing in Section "K". I do, and have just gotten a "whiff" of another "shit sandwich" coming your way. Look's like the Federal Government's objections to certain Plaintiffs' Exhibits will be ruled to have been "WAIVED". Where is the Notice of Appeal?

### Outlook Header Information

Conversation Topic: Record Document No. 18550
Subject: Record Document No. 18550
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'robin.doyle.smith@usdoj.gov'
CC: 'sarang.dalme@usdoj.gov'
Delivery Time: 4/15/2009 7:26:00 AM
Creation Time: 4/15/2009 7:21:46 AM
Modification Time: 4/15/2009 7:21:46 AM
Submit Time: 4/15/2009 7:26:13 AM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 4825

EXHIBIT 2

| Message5845 | |
|---|---|
| **Subject:** | **More Shit Sandwiches** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 4/17/2009 10:10:00 AM |
| **To:** | 'robin.doyle.smith@usdoj.gov' |
| **CC:** | 'sarang.dalme@usdoj.gov' |
| **Message Body** | |

What has happened in the past few weeks, and which continues to happen (Record Document Nos. 18567 and 18568) would cause reasonable minds to question whether the "Jew-Nighted States" can get a fair trial in Section "K". Those of us who know Stanwood, Calvin, Dago-Joe, Danny, et al, have known since the first Status Conference on 3/24/06 that the answer to that question is "NO". What I couldn't predict was Stanwood's "Solomnic" approach to the issues in the litigation, which was calculated to benefit Calvin Fayard (and those with whom Calvin has surrounded himself) on the backs of innocent "Victims of KATRINA". Nothing which Stanwood has done in the litigation, or will do, has gotten him off course from the goal from day-one: Benefit Calvin. You are about to get fucked in the ass. Where is the Notice of Appeal?

---

**Outlook Header Information**

Conversation Topic: More Shit Sandwiches
Subject: More Shit Sandwiches
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'robin.doyle.smith@usdoj.gov'
CC: 'sarang.dalme@usdoj.gov'
Delivery Time: 4/17/2009 10:10:00 AM
Creation Time: 4/17/2009 9:57:06 AM
Modification Time: 4/17/2009 9:57:06 AM
Submit Time: 4/17/2009 10:10:19 AM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 6404

EXHIBIT 2

00011

| Message8684 | |
|---|---|
| **Subject:** | **Debtor's Reorganization Plan in Case No. 09-12627** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 1/28/2010 11:35:00 AM |
| **To:** | 'sean_mcginn@laeb.uscourts.gov' |

### Message Body

Mr. McGinn: Every day that my Plan, which I believe was file about a week ago, is not available on PACER, the Public is deprived of knowledge in a Court of record. I cannot afford PACER anymore, and my former account is disabled. As will be apparent from a Motion I filed yesterday, I have been without ANY funds (ie., MONEY) for the past few weeks. Accordingly, I could not afford for a copy of my Plan to be made at KINKO's prior to filing. PLEASE contact Chambers, and E-mail me my filed Plan, conformed with the date of filing, without further delay. I have received Media Inquiries to my Bankruptcy filing which I need my Plan to intelligently respond to. I also need to send my Plan to the Local Office of the Federal Bureau of Investigation. Since I do not want to be unjustly and erroneously accused of ex parte communications with the Court, please get this E-mail entered on PACER so that Creditors and/or their counsel will know what I have asked you to do. Thank you.

### Outlook Header Information

Conversation Topic: Debtor's Reorganization Plan in Case No. 09-12627
Subject: Debtor's Reorganization Plan in Case No. 09-12627
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'sean_mcginn@laeb.uscourts.gov'
Delivery Time: 1/28/2010 11:35:00 AM
Creation Time: 1/28/2010 11:24:44 AM
Modification Time: 1/28/2010 11:24:44 AM
Submit Time: 1/28/2010 11:35:27 AM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 6195

EXHIBIT 2

00012

## Message18707

| | |
|---|---|
| **Subject:** | **Re: Debtor's Reorganization Plan in Case No. 09-12627** |
| **From:** | Sean_McGinn@laeb.uscourts.gov |
| **Date:** | 1/29/2010 11:47:05 AM |
| **To:** | Ashton O'Dwyer |

### Message Body

Mr. O'Dwyer,


Your plan was received by the Clerk's Office on January 20, 2010 and your motion was received on January 27, 2010.
Although received, your pleadings must be authorized by Judge Brown to be filed into the record. Judge Brown has
your pleadings and will take appropriate action promptly.

E-mails are not considered pleadings and therefore your e-mail to me will not be docketed into the record.


Sean

### Outlook Header Information

Conversation Topic: Debtor's Reorganization Plan in Case No. 09-12627
Sender Name: Sean_McGinn@laeb.uscourts.gov
Received By: Ashton O'Dwyer
Delivery Time: 1/29/2010 11:47:05 AM
Creation Time: 1/29/2010 12:03:20 PM
Modification Time: 1/29/2010 12:22:42 PM
Submit Time: 1/29/2010 11:47:04 AM
Flags: 1 = Read
Size: 7177

### Standard Header Information

EXHIBIT 2

00013

Return-path: <sean_mcginn@laeb.uscourts.gov>
Envelope-to: arod@odwyerlaw.com
Delivery-date: Fri, 29 Jan 2010 12:47:06 -0500
Received: from impinc03.yourhostingaccount.com ([10.1.13.103]
helo=impinc03.yourhostingaccount.com)
 by mailscan02.yourhostingaccount.com with esmtp (Exim)
 id 1Nauvw-0005h7-WC
 for arod@odwyerlaw.com; Fri, 29 Jan 2010 12:47:05 -0500
Received: from smtp2.lsm.gtwy.uscourts.gov ([208.27.203.95])
 by impinc03.yourhostingaccount.com with NO UCE
 id bVn41d037240Va803Vn43F; Fri, 29 Jan 2010 12:47:04 -0500
X-EN-OrigIP: 208.27.203.95
X-EN-IMPSID: bVn41d037240Va803Vn43F
X-IronPort-AV: E=Sophos;i="4.49,369,1262581200";
   d="scan'208";a="178140935"
Received: from 05laemail01a.uscmail.dcn ([156.124.6.222])
 by smtp2-i.lsm.gtwy.dcn with ESMTP; 29 Jan 2010 12:47:04 -0500
In-Reply-To: <6EBA28AA38B94C198EEA9032C2CB14A2@arod01>
References: <6EBA28AA38B94C198EEA9032C2CB14A2@arod01>
Subject: Re: Debtor's Reorganization Plan in Case No. 09-12627
X-KeepSent: 4DCB69AA:643408AF-862576BA:00619BCF;
 type=4; name=$KeepSent
To: "Ashton O'Dwyer" <arod@odwyerlaw.com>
X-Mailer: Lotus Notes Release 8.0.2 HF618 January 15, 2009
Message-ID: <OF4DCB69AA.643408AF-ON862576BA.00619BCF-
862576BA.0061B15E@uscmail.uscourts.gov>
From: Sean_McGinn@laeb.uscourts.gov
Date: Fri, 29 Jan 2010 11:47:04 -0600
X-MIMETrack: Serialize by Router on 05LAEMAIL01a/M/05/USCOURTS(Release
8.0.2FP1 HF316|May
 05, 2009) at 01/29/2010 11:47:04 AM
MIME-Version: 1.0
Content-type: text/plain; charset=US-ASCII

EXHIBIT 2

00014

| Message8708 | |
|---|---|
| **Subject:** | **RE: Debtor's Reorganization Plan in Case No. 09-12627** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 1/29/2010 12:22:00 PM |
| **To:** | 'Sean_McGinn@laeb.uscourts.gov' |
| **Message Body** | |

Well, please convey to Judge Brown my belief that he can "try" to protect the CRIMINALS Duval, Lemelle and Dennis, but he can't protect them from themselves, and the 'damage" is already done. As is the case with Judge Porteous, their impeachment is "just a matter of time". Also convey to Judge Brown a reminder that I have been totally without money since the weekend of January 8, 9 and 10, and that I have been without my anti-depressant medication, for which I have sought leave to pay Walgreen's from my most recent Social Security check, since last weekend. I could not sleep last night, which I attribute to the effects of abruptly stopping my medication on Sunday, the 24th (my pills "ran out", and I have no money to purchase more). Maybe my creditors would benefit from my suicide, but suppose I become "homicidal"? Given the recent "security breach" at 500 Poydras Street, a number of scoundrels might be at risk if I DO become homicidal. Please ask His Honor to consider allowing me to refill my prescription at Walgreen's, and allowing me to pay them, which is a condition for my obtaining a refill. Please communicate this missive to creditors and their counsel. Thank you.

-----Original Message-----
From: Sean_McGinn@laeb.uscourts.gov [mailto:Sean_McGinn@laeb.uscourts.gov]
Sent: Friday, January 29, 2010 11:47 AM
To: Ashton O'Dwyer
Subject: Re: Debtor's Reorganization Plan in Case No. 09-12627

Mr. O'Dwyer,


Your plan was received by the Clerk's Office on January 20, 2010 and your motion was received on January 27, 2010.
Although received, your pleadings must be authorized by Judge Brown to be filed into the record. Judge Brown has
your pleadings and will take appropriate action promptly.

E-mails are not considered pleadings and therefore your e-mail to me will not be docketed into the record.


Sean

EXHIBIT 2

00015

| Outlook Header Information |
|---|
| Conversation Topic: Debtor's Reorganization Plan in Case No. 09-12627 |
| Subject: RE: Debtor's Reorganization Plan in Case No. 09-12627 |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'Sean_McGinn@laeb.uscourts.gov' |
| Delivery Time: 1/29/2010 12:22:00 PM |
| Creation Time: 1/29/2010 12:12:42 PM |
| Modification Time: 1/29/2010 12:22:11 PM |
| Submit Time: 1/29/2010 12:22:38 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 6130 |

EXHIBIT 2

00016

| Message8714 | |
|---|---|
| **Subject:** | **Something for you to convey to Judge Brown for me.** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 1/29/2010 5:37:00 PM |
| **To:** | 'Sean_McGinn@laeb.uscourts.gov' |
| **Message Body** | |

Mr. McGinn: Please advise Judge Brown that I have not failed to notice
that he did not grant me leave to deplete my available Social Security
funds by the sum necessary for me to re-fill my prescription for
anti-depressant medication at Walgreens before the close of business
today. This means that I will be without medication at least until
Monday, the 1st. You also can tell him for me that, if he wants, I can
add his name to the "hit list" which I already have furnished the United
States Department of Justice, the FBI and the Fifth Circuit. No problem
at all. Just tell him to let me know. Regardless of Judge Brown's
response, please also advise him that I am hereby placing him on notice
that he should preserve, and instruct his Staff to preserve, all
telephone, including cellular phone, computer (whether Government or
personal) and lap-top or "blackberry" (or equivalent) hard drives and
memories, and calendars, diaries and schedules, and notes or drafts in
any way regarding me or Case No. 09-12627. Please be sure to communicate
this E-mail to Creditors and their counsel. Thank you.

| **Outlook Header Information** |
|---|
| Conversation Topic: Something for you to convey to Judge Brown for me. |
| Subject: Something for you to convey to Judge Brown for me. |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'Sean_McGinn@laeb.uscourts.gov' |
| Delivery Time: 1/29/2010 5:37:00 PM |
| Creation Time: 1/29/2010 5:26:08 PM |
| Modification Time: 1/29/2010 5:26:08 PM |
| Submit Time: 1/29/2010 5:37:49 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 6555 |

EXHIBIT 2

00017

| Message6703 | |
|---|---|
| **Subject:** | **FW: Another Juicy Shit Sandwich** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 6/11/2009 12:33:00 PM |
| **To:** | 'Jim Irvin' |
| **CC:** | 'John J. Cummings, III' |
| **Message Body** | |

EXHIBIT 2

00018

Jim: Did you see this? Good work, if you can get ti (and your name is Calvin Fayard).

_____

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Thursday, June 11, 2009 12:27
To: 'Florian Buchler'; 'Camilo Salas'
Subject: FW: Another Juicy Shit Sandwich

Gentlemen: For your information. I find this rather remarkable. The "fix is in", just as I have believed all along; but I still fine it remarkable, and BRAZEN. These scoundrels fear no-one, not even the Federal Government, the FBI and the USDOJ. They think they're "bullet-proof".

_____

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Thursday, June 11, 2009 09:10
To: 'earning04@gmail.com'; 'nowdoucit@yahoo.com'
Subject: FW: Another Juicy Shit Sandwich

Robin Smith is the "lead" Government lawyer. If you want to talk about this, I'm reachable @ (504) 450-9014 or (504) 891-8790.

_____

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Thursday, June 11, 2009 08:38
To: 'robin.doyle.smith@usdoj.gov'
Cc: 'sarang.dalme@usdoj.gov'
Subject: Another Juicy Shit Sandwich

Well, well. Duval-Daley-Fayard has fed you another one, Record Document No. 18977 (signed by Fallon in Duval-Daley-Fayard's absence). You're making new law, all of it "BAD" for the Federal Government! This paves the way for what's "coming", which includes a hefty dose of "favoring"

EXHIBIT 2

00019

| Outlook Header Information |
|---|
| Conversation Topic: Another Juicy Shit Sandwich |
| Subject: FW: Another Juicy Shit Sandwich |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'Jim Irvin' |
| CC: 'John J. Cummings, III' |
| Delivery Time: 6/11/2009 12:33:00 PM |
| Creation Time: 6/11/2009 12:32:39 PM |
| Modification Time: 6/11/2009 12:32:39 PM |
| Submit Time: 6/11/2009 12:33:46 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 13725 |

EXHIBIT 2

00020

| Message6702 | |
|---|---|
| **Subject:** | **FW: Another Juicy Shit Sandwich** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 6/11/2009 12:26:00 PM |
| **To:** | 'Florian Buchler'; 'Camilo Salas' |
| **Message Body** | |

EXHIBIT 2

00021

Gentlemen: For your information. I find this rather remarkable. The "fix is in", just as I have believed all along; but I still fine it remarkable, and BRAZEN. These scoundrels fear no-one, not even the Federal Government, the FBI and the USDOJ. They think they're "bullet-proof".

_____

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Thursday, June 11, 2009 09:10
To: 'earning04@gmail.com'; 'nowdoucit@yahoo.com'
Subject: FW: Another Juicy Shit Sandwich


Robin Smith is the "lead" Government lawyer. If you want to talk about this, I'm reachable @ (504) 450-9014 or (504) 891-8790.

_____

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Thursday, June 11, 2009 08:38
To: 'robin.doyle.smith@usdoj.gov'
Cc: 'sarang.dalme@usdoj.gov'
Subject: Another Juicy Shit Sandwich


Well, well. Duval-Daley-Fayard has fed you another one, Record Document No. 18977 (signed by Fallon in Duval-Daley-Fayard's absence). You're making new law, all of it "BAD" for the Federal Government! This paves the way for what's "coming", which includes a hefty dose of "favoring" Calvin and Calvin's friends in a class action "common benefit" context. Let's see: Calvin, et al will benefit from the timely filing of administrative claims by people who did so on their own, without even knowing of Calvin's existence. That's a pretty good trick. And people like me, who filed a MRGO action months before Robinson was filed get: You guessed it: FUCKED, just like you, except you're going to get it up the ass! Congratulations on charting new waters in the annals of Class Action Litigation against Uncle Sugar.

EXHIBIT 2

00022

**Outlook Header Information**

Conversation Topic: Another Juicy Shit Sandwich
Subject: FW: Another Juicy Shit Sandwich
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'Florian Buchler'; 'Camilo Salas'
Delivery Time: 6/11/2009 12:26:00 PM
Creation Time: 6/11/2009 12:24:00 PM
Modification Time: 6/11/2009 12:34:03 PM
Submit Time: 6/11/2009 12:26:40 PM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 11652

EXHIBIT 2

00023

## Message6698

| | |
|---|---|
| **Subject:** | **FW: Another Juicy Shit Sandwich** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 6/11/2009 9:09:00 AM |
| **To:** | 'tips@abovethelaw.com' |

### Message Body

Robin Smith is the "lead" Government lawyer.

---

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Thursday, June 11, 2009 08:38
To: 'robin.doyle.smith@usdoj.gov'
Cc: 'sarang.dalme@usdoj.gov'
Subject: Another Juicy Shit Sandwich

Well, well. Duval-Daley-Fayard has fed you another one, Record Document
No. 18977 (signed by Fallon in Duval-Daley-Fayard's absence). You're
making new law, all of it "BAD" for the Federal Government! This paves
the way for what's "coming", which includes a hefty dose of "favoring"
Calvin and Calvin's friends in a class action "common benefit" context.
Let's see: Calvin, et al will benefit from the timely filing of
administrative claims by people who did so on their own, without even
knowing of Calvin's existence. That's a pretty good trick. And people
like me, who filed a MRGO action months before Robinson was filed get:
You guessed it: FUCKED, just like you, except you're going to get it up
the ass! Congratulations on charting new waters in the annals of Class
Action Litigation against Uncle Sugar.

### Outlook Header Information

EXHIBIT 2

00024

Conversation Topic: Another Juicy Shit Sandwich
Subject: FW: Another Juicy Shit Sandwich
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'tips@abovethelaw.com'
Delivery Time: 6/11/2009 9:09:00 AM
Creation Time: 6/11/2009 9:09:29 AM
Modification Time: 6/11/2009 9:09:29 AM
Submit Time: 6/11/2009 9:09:59 AM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 8273

EXHIBIT 2

00025

| Message6697 | |
| --- | --- |
| **Subject:** | **FW: Another Juicy Shit Sandwich** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 6/11/2009 9:09:00 AM |
| **To:** | 'earning04@gmail.com';<br>'nowdoucit@yahoo.com' |
| **Message Body** | |

Robin Smith is the "lead" Government lawyer. If you want to talk about this, I'm reachable @ (504) 450-9014 or (504) 891-8790.

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Thursday, June 11, 2009 08:38
To: 'robin.doyle.smith@usdoj.gov'
Cc: 'sarang.dalme@usdoj.gov'
Subject: Another Juicy Shit Sandwich

Well, well. Duval-Daley-Fayard has fed you another one, Record Document No. 18977 (signed by Fallon in Duval-Daley-Fayard's absence). You're making new law, all of it "BAD" for the Federal Government! This paves the way for what's "coming", which includes a hefty dose of "favoring" Calvin and Calvin's friends in a class action "common benefit" context. Let's see: Calvin, et al will benefit from the timely filing of administrative claims by people who did so on their own, without even knowing of Calvin's existence. That's a pretty good trick. And people like me, who filed a MRGO action months before Robinson was filed get: You guessed it: FUCKED, just like you, except you're going to get it up the ass! Congratulations on charting new waters in the annals of Class Action Litigation against Uncle Sugar.

| **Outlook Header Information** |
| --- |

EXHIBIT 2

00026

Conversation Topic: Another Juicy Shit Sandwich
Subject: FW: Another Juicy Shit Sandwich
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'earning04@gmail.com'; 'nowdoucit@yahoo.com'
Delivery Time: 6/11/2009 9:09:00 AM
Creation Time: 6/11/2009 9:07:09 AM
Modification Time: 6/11/2009 12:28:44 PM
Submit Time: 6/11/2009 9:09:30 AM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 9136

EXHIBIT 2

00027

| Message6695 | |
|---|---|
| **Subject:** | **Another Juicy Shit Sandwich** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 6/11/2009 8:37:00 AM |
| **To:** | 'robin.doyle.smith@usdoj.gov' |
| **CC:** | 'sarang.dalme@usdoj.gov' |
| **Message Body** | |

Well, well. Duval-Daley-Fayard has fed you another one, Record Document No. 18977 (signed by Fallon in Duval-Daley-Fayard's absence). You're making new law, all of it "BAD" for the Federal Government! This paves the way for what's "coming", which includes a hefty dose of "favoring" Calvin and Calvin's friends in a class action "common benefit" context. Let's see: Calvin, et al will benefit from the timely filing of administrative claims by people who did so on their own, without even knowing of Calvin's existence. That's a pretty good trick. And people like me, who filed a MRGO action months before Robinson was filed get: You guessed it: FUCKED, just like you, except you're going to get it up the ass! Congratulations on charting new waters in the annals of Class Action Litigation against Uncle Sugar.

| **Outlook Header Information** |
|---|
| Conversation Topic: Another Juicy Shit Sandwich |
| Subject: Another Juicy Shit Sandwich |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'robin.doyle.smith@usdoj.gov' |
| CC: 'sarang.dalme@usdoj.gov' |
| Delivery Time: 6/11/2009 8:37:00 AM |
| Creation Time: 6/11/2009 8:30:01 AM |
| Modification Time: 6/11/2009 9:10:02 AM |
| Submit Time: 6/11/2009 8:37:58 AM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 6358 |

EXHIBIT 2

00028

| Message6774 | |
|---|---|
| **Subject:** | **FW: Administrative Claims** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 6/22/2009 8:52:00 PM |
| **To:** | 'Billy Hecker' |
| **Message Body** | |

EXHIBIT 2

00029

Billy: This will put my "name-calling" in perspective. I said it in an
E-mail to my opponent in the case Lemelle is going to default me in.
Let's see if he has the balls to disclose it to Lemelle. I'm NOT
apologizing.

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Sunday, June 21, 2009 18:15
To: 'nowdoucit@yahoo.com'
Cc: 'earning04'
Subject: FW: Administrative Claims

Nowdy: The last time I checked, it wasn't a crime for an American
citizen to call a blue-gum nigger bastard a "blue-gum nigger bastard",
although the blue-gum nigger bastards of the world wish it was a crime
for a white man to say it. The blue-gum nigger bastards of the world get
a "pass" (Why, I don't know). Just tune in to any black radio station
and you will hear the word "nigger" 50 times per hour. The point is that
Lemelle is part of a conspiracy to destroy me, and I ask you
rhetorically, "What am I to do? Turn the other cheek?" That's not my
nature, so I have intentionally gone "inflammatory". What's worse, a
corrupt Federal Judge who is violating criminal laws which guarantee all
citizens, black and white, constitutional and property rights, or a
white man calling a blue-gum nigger bastard exactly what he is. I hope
that blue-gum nigger bastard goes "public" with this, because I am going
to enjoy debating him. P.S. I do not believe that all black people are
"blue-gum nigger bastards", but Ivan L.R. Lemelle is one, in my humble
opinion.

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Sunday, June 21, 2009 16:23
To: 'jcook@wallbulling.com'
Cc: 'gwall@wallbulling.com'; 'mleon@wallbulling.com'
Subject: FW: Administrative Claims

Sir: You should be aware of the attached, which is an administrative
claim pursuant to the provisions of the Federal Tort Claims Act against
the U.S. Department of Justice and the morally corrupt and depraved Ivan
L.R. Lemelle, among others. (There is a typo: the word is "tortious"). I

EXHIBIT 2

00030

| Attachment |
|---|
| Civil Action No 05-4182.doc |

| Outlook Header Information |
|---|
| Conversation Topic: Administrative Claims<br>Subject: FW: Administrative Claims<br>From: Ashton O'Dwyer<br>Sender Name: Ashton O'Dwyer<br>To: 'Billy Hecker'<br>Delivery Time: 6/22/2009 8:52:00 PM<br>Creation Time: 6/22/2009 8:50:51 PM<br>Modification Time: 6/22/2009 8:50:51 PM<br>Submit Time: 6/22/2009 8:52:58 PM<br>Importance: Normal<br>Priority: Normal<br>Sensitivity: Normal<br>Flags: 17 = Read, Has Attachment<br>Size: 154418 |

EXHIBIT 2

00031

| Message6769 | |
|---|---|
| **Subject:** | **FW: Administrative Claims** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 6/21/2009 6:14:00 PM |
| **To:** | 'nowdoucit@yahoo.com' |
| **CC:** | 'earning04' |
| **Message Body** | |

EXHIBIT 2

00032

Nowdy: The last time I checked, it wasn't a crime for an American citizen to call a blue-gum nigger bastard a "blue-gum nigger bastard", although the blue-gum nigger bastards of the world wish it was a crime for a white man to say it. The blue-gum nigger bastards of the world get a "pass" (Why, I don't know). Just tune in to any black radio station and you will hear the word "nigger" 50 times per hour. The point is that Lemelle is part of a conspiracy to destroy me, and I ask you rhetorically, "What am I to do? Turn the other cheek?" That's not my nature, so I have intentionally gone "inflammatory". What's worse, a corrupt Federal Judge who is violating criminal laws which guarantee all citizens, black and white, constitutional and property rights, or a white man calling a blue-gum nigger bastard exactly what he is. I hope that blue-gum nigger bastard goes "public" with this, because I am going to enjoy debating him. P.S. I do not believe that all black people are "blue-gum nigger bastards", but Ivan L.R. Lemelle is one, in my humble opinion.

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Sunday, June 21, 2009 16:23
To: 'jcook@wallbulling.com'
Cc: 'gwall@wallbulling.com'; 'mleon@wallbulling.com'
Subject: FW: Administrative Claims

Sir: You should be aware of the attached, which is an administrative claim pursuant to the provisions of the Federal Tort Claims Act against the U.S. Department of Justice and the morally corrupt and depraved Ivan L.R. Lemelle, among others. (There is a typo: the word is "tortious"). I believe that you have an ethical obligation to bring this claim to Lemelle's attention, and to tell him that he should recuse himself in matters even remotely involving me. Since the Federal Court is without jurisdiction over the "collection matter" you and your "Sancho Panza" client have filed against me, Lemelle has no immunity for what he has already done to me, or what he may do to me in the future for exercising my rights under the 1st Amendment and telling him "off" after the business of the Court was concluded during the recent Status Conference by telephone. I will be perfecting an administrative claim against the USDOJ and Lemelle for the latter matter shortly. You can advise your law partners and "Sancho Panza" that all of you will be defendants in the litigation to be filed after the expiry of 6-months from my perfecting administrative claims under the FTCA.

EXHIBIT 2

00033

| Attachment |
| --- |
| Civil Action No 05-4182.doc |

| Outlook Header Information |
| --- |
| Conversation Topic: Administrative Claims<br>Subject: FW: Administrative Claims<br>From: Ashton O'Dwyer<br>Sender Name: Ashton O'Dwyer<br>To: 'nowdoucit@yahoo.com'<br>CC: 'earning04'<br>Delivery Time: 6/21/2009 6:14:00 PM<br>Creation Time: 6/21/2009 6:04:51 PM<br>Modification Time: 6/22/2009 9:25:38 PM<br>Submit Time: 6/21/2009 6:14:56 PM<br>Importance: Normal<br>Priority: Normal<br>Sensitivity: Normal<br>Flags: 17 = Read, Has Attachment<br>Size: 152611 |

EXHIBIT 2

00034

| Message7812 | |
|---|---|
| **Subject:** | **A "kinder, gentler" Ashton** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 12/10/2009 5:54:00 PM |
| **To:** | 'earning04@gail.com'; 'Now Doucit' |
| **Message Body** | |

EXHIBIT 2

00035

SOP (Doug) and Nowdy: The attached will "explain' why I am sometimes a
"MAD MAN" – but no more!

_____

From: Hebert, Janice (USALAW) [mailto:Janice.Hebert@usdoj.gov]
Sent: Thursday, December 10, 2009 1:47 PM
To: Ashton O'Dwyer
Subject: RE: Another SCUM-BAG Federal Judge in New Orleans

Thanks for the advice. And the testimonial.

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Thursday, December 10, 2009 1:43 PM
To: Hebert, Janice (USALAW)
Subject: RE: Another SCUM-BAG Federal Judge in New Orleans

O.K. That's what I thought. Just wanted to be sure. Now don't go jump
off a bridge, or anything!

_____

From: Hebert, Janice (USALAW) [mailto:Janice.Hebert@usdoj.gov]
Sent: Thursday, December 10, 2009 1:28 PM
To: arod@odwyerlaw.com
Subject: Re: Another SCUM-BAG Federal Judge in New Orleans

I just laughed at your colorful language, not the substance underlying
it!

_____

From: Ashton O'Dwyer <arod@odwyerlaw.com>
To: Hebert, Janice (USALAW)
Sent: Thu Dec 10 14:10:43 2009
Subject: RE: Another SCUM-BAG Federal Judge in New O.l.

EXHIBIT 2

00036

| Outlook Header Information |
|---|
| Conversation Topic: A "kinder, gentler" Ashton |
| Subject: A "kinder, gentler" Ashton |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'earning04@gail.com'; 'Now Doucit' |
| Delivery Time: 12/10/2009 5:54:00 PM |
| Creation Time: 12/10/2009 5:52:30 PM |
| Modification Time: 1/23/2010 5:59:02 PM |
| Submit Time: 12/10/2009 5:54:07 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 25705 |

EXHIBIT 2

00037

| Message7809 | |
|---|---|
| **Subject:** | **RE: Another SCUM-BAG Federal Judge in New Orleans** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 12/10/2009 1:43:00 PM |
| **To:** | 'Hebert, Janice (USALAW)' |
| **Message Body** | |

EXHIBIT 2

00038

O.K. That's what I thought. Just wanted to be sure. Now don't go jump off a bridge, or anything!

_____

From: Hebert, Janice (USALAW) [mailto:Janice.Hebert@usdoj.gov]
Sent: Thursday, December 10, 2009 1:28 PM
To: arod@odwyerlaw.com
Subject: Re: Another SCUM-BAG Federal Judge in New Orleans

I just laughed at your colorful language, not the substance underlying it!

_____

From: Ashton O'Dwyer <arod@odwyerlaw.com>
To: Hebert, Janice (USALAW)
Sent: Thu Dec 10 14:10:43 2009
Subject: RE: Another SCUM-BAG Federal Judge in New Orleans

Ms. Hebert: Your reply "confused" me. I am "serious as a heart attack" in my allegations against Duval-Daley-Fayard, and I did not intend to be "humorous". I don't know if you are following the evidence unfolding before the House Judiciary Committee Impeachment Task Force which is investigating Porteous, but the evidence is absolutely SHOCKING. Yet, for all of his corruption, what Porteous did is "penny ante" when contrasted with the untold BILLIONS tempting Duval-Daley-Fayard, his 'close personal friend of long-standing, Bruno, Becnel, et al. Please explain what made you "laugh". I am not laughing, I can assure you. On a personal note, if you are really "very depressed", then I strongly recommend that you visit a psychiatrist and get "medicated". I experienced depression @ two years before KATRINA, and my getting professional help saved my life. I am "medicated", which allows me to live my life without wanting to blow my brains out, even in the face of disbarment, disgrace, embarrassment, humiliation, losing every action I have filed in the past 4-plus years, financial ruin, estrangement from my Family, and a $150,000 default Judgment entered against me by a blue-gum nigger bastard of a federal Judge, which put me in bankruptcy, and placed my home ownership in jeopardy. If I can "cope" with all of that, I think you can, too. If you are really "very depressed", get some help!

EXHIBIT 2

| Outlook Header Information |
|---|
| Conversation Topic: Another SCUM-BAG Federal Judge in New Orleans |
| Subject: RE: Another SCUM-BAG Federal Judge in New Orleans |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'Hebert, Janice (USALAW)' |
| Delivery Time: 12/10/2009 1:43:00 PM |
| Creation Time: 12/10/2009 1:42:13 PM |
| Modification Time: 12/10/2009 1:42:13 PM |
| Submit Time: 12/10/2009 1:43:13 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 18589 |

EXHIBIT 2

00040

| Message7808 | |
|---|---|
| **Subject:** | **RE: Another SCUM-BAG Federal Judge in New Orleans** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 12/10/2009 1:10:00 PM |
| **To:** | 'Hebert, Janice (USALAW)' |
| **Message Body** | |

EXHIBIT 2

00041

Ms. Hebert: Your reply "confused" me. I am "serious as a heart attack" in my allegations against Duval-Daley-Fayard, and I did not intend to be "humorous". I don't know if you are following the evidence unfolding before the House Judiciary Committee Impeachment Task Force which is investigating Porteous, but the evidence is absolutely SHOCKING. Yet, for all of his corruption, what Porteous did is "penny ante" when contrasted with the untold BILLIONS tempting Duval-Daley-Fayard, his 'close personal friend of long-standing, Bruno, Becnel, et al. Please explain what made you "laugh". I am not laughing, I can assure you. On a personal note, if you are really "very depressed", then I strongly recommend that you visit a psychiatrist and get "medicated". I experienced depression @ two years before KATRINA, and my getting professional help saved my life. I am "medicated", which allows me to live my life without wanting to blow my brains out, even in the face of disbarment, disgrace, embarrassment, humiliation, losing every action I have filed in the past 4-plus years, financial ruin, estrangement from my Family, and a $150,000 default Judgment entered against me by a blue-gum nigger bastard of a federal Judge, which put me in bankruptcy, and placed my home ownership in jeopardy. If I can "cope" with all of that, I think you can, too. If you are really "very depressed", get some help!

---

From: Hebert, Janice (USALAW) [mailto:Janice.Hebert@usdoj.gov]
Sent: Thursday, December 10, 2009 8:18 AM
To: arod@odwyerlaw.com
Subject: Re: Another SCUM-BAG Federal Judge in New Orleans

Ashton, I have been very depressed lately and you have made me laugh. Thank you.

---

From: Ashton O'Dwyer <arod@odwyerlaw.com>
To: Hebert, Janice (USALAW)
Sent: Wed Dec 09 21:34:15 2009
Subject: Another SCUM-BAG Federal Judge in New Orleans

Ms. Hebert: The attached (which is "safe" to open) was filed in the Fifth "Circus" on Pearl Harbor Day. I really believe that YOU cannot represent this COCKSUCKER, because you are "conflicted". Let me know who will be representing this SCUM-BAG. Thank you.

EXHIBIT 2

00042

| Outlook Header Information |
|---|
| Conversation Topic: Another SCUM-BAG Federal Judge in New Orleans |
| Subject: RE: Another SCUM-BAG Federal Judge in New Orleans |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'Hebert, Janice (USALAW)' |
| Delivery Time: 12/10/2009 1:10:00 PM |
| Creation Time: 12/10/2009 12:57:04 PM |
| Modification Time: 12/10/2009 12:57:04 PM |
| Submit Time: 12/10/2009 1:10:43 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 14576 |

EXHIBIT 2

00043

| Message8266 | |
|---|---|
| **Subject:** | **RE: Listen-Up, "Fuck-Head"!** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 1/15/2010 3:15:00 PM |
| **To:** | 'Kevin Lemaire' |
| **Message Body** | |

EXHIBIT 2

00044

Kevin: O.K. I agree. But I've been using the "Listen-Up, Fuck-Head" salutation to Robin Smith for a while, now. If you had witnessed the pitiful presentation of the Government's case in the MRGO trial, not to mention the "ass-fucking" that "Duval-Daley-Fayard" and Calvin gave the Government, you might understand my frustration. This is the same USDOJ lawyer who negotiated the secret (until late April 2009, during the MRGO trial) "Joint Defense and Cost Share Agreement" with the State of Louisiana, by the terms of which the Government has been helping the State to DEFEAT the claims of innocent "Victims of KATRINA" against the State, even if the United States is immune. This is reprehensible behavior on the part of Federal and State Government. He and his minions also filed and argued a "half-hearted" Motion to Disqualify and recuse the Andry law firm, representing MRGO plaintiffs along with Calvin, but didn't throw Calvin or the others into the "mix", and after "Duval-Daley-Fayard" fucked the Government in the ass, summarily denying the Motion, failed to take it any further. I have a large number of "issues" with the FBI and the USDOJ, some of which are KATRINA-related, some maybe not. On 9/20/05, at 5 minutes past midnight, within 12 hours of my filing the first KATRINA lawsuit, which included claims against the USA, the State and the Governor, I was abducted from my property by a "goon-squad" of State Policemen and taken to Camp Amtrak, where I was pepper-sprayed 30 to 40 times, and shot repeatedly in both thighs at point-blank range with a 12-gauge shotgun loaded with beanbag rounds. Thereafter, I was falsely imprisoned for @16 hours. The FBI will do NOTHING about these civil rights violations, or about the corruption of the "Victims of KATRINA" litigation, which I have reported to them, to the USDOJ, and to a large number of Government employees, both in person and in writing. My language in communicating with "the Government" is designed to show them that I have no respect for them, that I hold them in contempt, that I don't fear them and, if the fail to do "the right thing", that I will embarrass and humiliate them, just as has been done to me. Out of respect and gratitude to you, I will "tone it down" in the future.

---

From: Kevin Lemaire [mailto:kuhnrod@aol.com]
Sent: Friday, January 15, 2010 1:36 PM
To: Ashton O'Dwyer
Cc: <robin.doyle.smith@usdoj.gov>; Damle, Sarang (CIV);
<Neworleans@ic.fbi.gov>
Subject: Re: Listen-Up, "Fuck-Head"!

EXHIBIT 2

00045

| Outlook Header Information |
|---|
| Conversation Topic: Listen-Up, "Fuck-Head"! |
| Subject: RE: Listen-Up, "Fuck-Head"! |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'Kevin Lemaire' |
| Delivery Time: 1/15/2010 3:15:00 PM |
| Creation Time: 1/15/2010 2:50:32 PM |
| Modification Time: 1/15/2010 3:08:14 PM |
| Submit Time: 1/15/2010 3:15:58 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 31653 |

EXHIBIT 2

00046

| Message18497 | |
|---|---|
| **Subject:** | **Re: Listen-Up, "Fuck-Head"!** |
| **From:** | Kevin Lemaire |
| **Date:** | 1/15/2010 1:38:56 PM |
| **To:** | Ashton O'Dwyer |
| **CC:** | <robin.doyle.smith@usdoj.gov>; Damle, Sarang (CIV); <Neworleans@ic.fbi.gov> |
| **Message Body** | |

EXHIBIT 2

00047

Ashton: You really don't help matters when you use this offensive
language. Nobody will ever be receptive to what you are trying to show
them. Please be more civil and professional, or I won't be able to
continue to try and help you.

Sent from my iPhone

On Jan 15, 2010, at 12:35 PM, "Ashton O'Dwyer" <arod@odwyerlaw.com>
wrote:

> http://classactionblawg.com/2009/11/05/notes-from-the-13th-annual-national-institute-on-
class-actions-san-francisco/
> Robin: The attached was brought to my attention by a "friend"
> last night. I aver that Calvin Fayard saw to it that "Duval-Daley-Fa
> yard" was "invited" as a speaker, and that he probably was in
> attendance, where he and "Duval-Daley-Fayard" had ample
> opportunity to "interact" together – all without your knowledge
> or the knowledge of the other litigants or their counsel. If the "no
> tes" are reliable, then this COCKSUCKER of a sitting Federal Judge h
> ad no business participating in a Seminar and discussing issues in a
> n open matter in which he presided. If you do some "digging", you
> will find that Phase I of this ABA-sponsored Seminar was held in San
> Francisco on October 30, 2009, but that Phase II was held at the Wi
> llard hotel in D.C. on 11/20/09, the day after "Duval-Daley-
> Fayard" issued his "momentous" MRGO decision. I do not know if
> "Duval-Daley-Fayard" was a speaker in D.C., but it's the fact
> that he WAS a speaker in S.F. about issues in an open case in which
> he presided, and the "timing" of all of this (which I aver is
> "more" than a coincidence), that is the "issue". You know
> that I have "issues" with you, with the USDOJ, and with the
> "Jew-Nighted States of Amerika", and that I not only want your
> client, the State of Louisiana, their contractors, etc. to be legall
> y liable in the MRGO case, but in New Orleans East and in the Outfal
> l Canal case, as well. But ALL litigants are 100% entitled to a 'cle
> an" litigation before a fair and impartial tribunal and fact-finder.
> Fayard, Bruno, Becnel, et al, "aided and abetted" by "Duval-
> Daley-Fayard", have CORRUPTED the "Victims of KATRINA"
> litigation, and it is way beyond repair with this "krewe" in
> charge. It's time for arrests or the convening of a Grand Jury, whic
> h is why I am copying the local FBI on this missive. As I have said
> to you in writing previously, if you, the USDOJ and the FBI are not
> going to do anything to "slove" this problem, then all of you are
> part of the problem, and co-conspirators and accessories-after-the –
> fact. For you all to force me to keep quiet about what I think, you
> all are going to have to kill me
>
Sent from my iPhone                                    EXHIBIT 2

| Outlook Header Information |
| --- |

Conversation Topic: Listen-Up, "Fuck-Head"!
Sender Name: Kevin Lemaire
Received By: Ashton O'Dwyer
Delivery Time: 1/15/2010 1:38:56 PM
Creation Time: 1/15/2010 2:04:07 PM
Modification Time: 1/15/2010 3:16:09 PM
Submit Time: 1/15/2010 1:35:51 PM
Flags: 1 = Read
Size: 25361

| Standard Header Information |
| --- |

Return-path: <kuhnrod@aol.com>
Envelope-to: arod@odwyerlaw.com
Delivery-date: Fri, 15 Jan 2010 14:38:57 -0500
Received: from impinc03.yourhostingaccount.com ([10.1.13.103]
helo=impinc03.yourhostingaccount.com)
 by mailscan21.yourhostingaccount.com with esmtp (Exim)
 id 1NVs0W-00025r-NE
 for arod@odwyerlaw.com; Fri, 15 Jan 2010 14:38:56 -0500
Received: from imr-da05.mx.aol.com ([205.188.105.147])
 by impinc03.yourhostingaccount.com with NO UCE
 id VvcT1d00l3ApuYl03vcTKu; Fri, 15 Jan 2010 14:36:27 -0500
X-EN-OrigIP: 205.188.105.147
X-EN-IMPSID: VvcT1d00l3ApuYl03vcTKu
Received: from imo-da03.mx.aol.com (imo-da03.mx.aol.com [205.188.169.201])
 by imr-da05.mx.aol.com (8.14.1/8.14.1) with ESMTP id o0FJaA4U002275;
 Fri, 15 Jan 2010 14:36:11 -0500
Received: from Kuhnrod@aol.com
 by imo-da03.mx.aol.com (mail_out_v42.5.) id a.beb.5b0a58f6 (44220);
 Fri, 15 Jan 2010 14:36:08 -0500 (EST)
Received: from [10.150.91.197] (166-205-005-161.mobile.mymmode.com
[166.205.5.161]) by cia-dd07.mx.aol.com (v127.7) with ESMTP id MAILCIADD076-
acbc4b50c39bb9; Fri, 15 Jan 2010 14:35:59 -0500
References: <B589AF15833B454B9B8F59FB58A7B6D8@arod01>
Message-Id: <A709EB53-F462-4F45-9970-3222600F0D87@aol.com>
From: Kevin Lemaire <kuhnrod@aol.com>
To: "Ashton O'Dwyer" <arod@odwyerlaw.com>
In-Reply-To: <B589AF15833B454B9B8F59FB58A7B6D8@arod01>
Content-Type: multipart/alternative;
 boundary=Apple-Mail-230--338372920
Content-Transfer-Encoding: 7bit
X-Mailer: iPhone Mail (7D11)
Mime-Version: 1.0 (iPhone Mail 7D11)

EXHIBIT 2

00049

Subject: Re: Listen-Up, "Fuck-Head"!
Date: Fri, 15 Jan 2010 13:35:51 -0600
Cc: "<robin.doyle.smith@usdoj.gov>" <robin.doyle.smith@usdoj.gov>,
    "Damle, Sarang (CIV)" <Sarang.Damle@usdoj.gov>,
    "<Neworleans@ic.fbi.gov>" <Neworleans@ic.fbi.gov>
X-AOL-IP: 166.205.5.161
X-Spam-Flag:NO
X-AOL-SENDER: Kuhnrod@aol.com

EXHIBIT 2

00050

| **Message8263** |
|---|
| **Subject:** **Listen-Up, "Fuck-Head"!** |
| **From:** Ashton O'Dwyer |
| **Date:** 1/15/2010 12:31:00 PM |
| **To:** 'robin.doyle.smith@usdoj.gov' |
| **CC:** 'Damle, Sarang (CIV)'; 'Neworleans@ic.fbi.gov'; 'kuhnrod@aol.com' |
| **Message Body** |

http://classactionblawg.com/2009/11/05/notes-from-the-13th-annual-nation
al-institute-on-class-actions-san-francisco/ Robin: The attached was
brought to my attention by a "friend" last night. I aver that Calvin
Fayard saw to it that "Duval-Daley-Fayard" was "invited" as a speaker,
and that he probably was in attendance, where he and
"Duval-Daley-Fayard" had ample opportunity to "interact" together – all
without your knowledge or the knowledge of the other litigants or their
counsel. If the "notes" are reliable, then this COCKSUCKER of a sitting
Federal Judge had no business participating in a Seminar and discussing
issues in an open matter in which he presided. If you do some "digging",
you will find that Phase I of this ABA-sponsored Seminar was held in San
Francisco on October 30, 2009, but that Phase II was held at the Willard
hotel in D.C. on 11/20/09, the day after "Duval-Daley-Fayard" issued his
"momentous" MRGO decision. I do not know if "Duval-Daley-Fayard" was a
speaker in D.C., but it's the fact that he WAS a speaker in S.F. about
issues in an open case in which he presided, and the "timing" of all of
this (which I aver is "more" than a coincidence), that is the "issue".
You know that I have "issues" with you, with the USDOJ, and with the
"Jew-Nighted States of Amerika", and that I not only want your client,
the State of Louisiana, their contractors, etc. to be legally liable in
the MRGO case, but in New Orleans East and in the Outfall Canal case, as
well. But ALL litigants are 100% entitled to a 'clean' litigation before
a fair and impartial tribunal and fact-finder. Fayard, Bruno, Becnel, et
al, "aided and abetted" by "Duval-Daley-Fayard", have CORRUPTED the
"Victims of KATRINA" litigation, and it is way beyond repair with this
"krewe" in charge. It's time for arrests or the convening of a Grand
Jury, which is why I am copying the local FBI on this missive. As I have
said to you in writing previously, if you, the USDOJ and the FBI are not
going to do anything to "slove" this problem, then all of you are part
of the problem, and co-conspirators and accessories-after-the –fact. For
you all to force me to keep quiet about what I think, you all are going
to have to kill me

EXHIBIT 2

00051

**Outlook Header Information**

Conversation Topic: Listen-Up, "Fuck-Head"!
Subject: Listen-Up, "Fuck-Head"!
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'robin.doyle.smith@usdoj.gov'
CC: 'Damle, Sarang (CIV)'; 'Neworleans@ic.fbi.gov'; 'kuhnrod@aol.com'
Delivery Time: 1/15/2010 12:31:00 PM
Creation Time: 1/15/2010 12:10:13 PM
Modification Time: 1/15/2010 12:10:13 PM
Submit Time: 1/15/2010 12:35:15 PM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 12713

EXHIBIT 2

00052

| Message16341 | |
|---|---|
| **Subject:** | **RE: Small World & Time** |
| **From:** | Tom Crosby |
| **Date:** | 5/5/2009 11:11:44 AM |
| **To:** | Ashton O'Dwyer |
| **Message Body** | |

EXHIBIT 2

00053

Hola Ashton,

I just got back from paying our monthly golf fee at the club across the street from the school. The President of the Association was there and we started chatting. I told him I was going to New Orleans during the summer break and he said he went to Tulane (74-76 MBA) and lived across the street from Franky & Johnny's. He is a Honduran whose father worked for Chiquita. Strange to think we were probably in Franky and Johnny's possibly at the same time some 30+ years ago.

I used to hear the stories that the road that led down to my grandparents was the "Old River Road" that went to New Orleans and that Jean Lafitte slept on the grounds at one point. I think I remember something about my grandparents house being some sort of trading post at one point. I need to pick up some of Grady's father's books on the area. I've read one, but too many of those brain cells I was using when I read it have long since left the "building".

I hope all is going well. I streamed a bit of the Jazz Fest and thought of Alexis and Lisa. I know they love it. Hi to all your family.

Cheers,

Tommy

From: arod@odwyerlaw.com
To: tomcrosby1029@hotmail.com
Subject: RE: Graveyards & Gutter Water
Date: Tue, 14 Apr 2009 16:13:06 -0500

Tommy: E-mails like yours, which I receive periodically from my friends, make me realize that I am NOT the "Lone Ranger", and that ALL of us encounter problems in life. Thanks for the "reality check". As for the graveyard, I respectfully submit that you should have paid more attention. There was a "creek" or "bayou" running along the maim road which ran to the entrance of the Crosby property, and I remember your Dad (Big Tommy) telling us that it was parallel to a famous "Road" or "Trail", the name of which escapes me. I seem to recall that the trail was travelled by famous heroes like Jim Bowie (unlikely, unless he used it on a trip

00054

EXHIBIT 2

| Outlook Header Information |
|---|
| Conversation Topic: Small World & Time |
| Sender Name: Tom Crosby |
| Received By: Ashton O'Dwyer |
| Delivery Time: 5/5/2009 11:11:44 AM |
| Creation Time: 5/5/2009 4:24:44 PM |
| Modification Time: 5/5/2009 4:24:44 PM |
| Submit Time: 5/5/2009 11:11:21 AM |
| Importance: Normal |
| Flags: 2 = Unread, Unmodified |
| Size: 34589 |

| Standard Header Information |
|---|

Return-path: <tomcrosby1029@hotmail.com>
Envelope-to: arod@odwyerlaw.com
Delivery-date: Tue, 05 May 2009 12:11:45 -0400
Received: from impinc01.yourhostingaccount.com ([10.1.13.101]
helo=impinc01.yourhostingaccount.com)
  by mailscan08.yourhostingaccount.com with esmtp (Exim)
  id 1M1NFA-0001ag-DA
  for arod@odwyerlaw.com; Tue, 05 May 2009 12:11:44 -0400
Received: from bay0-omc2-s23.bay0.hotmail.com ([65.54.246.159])
  by impinc01.yourhostingaccount.com with NO UCE
  id nsBM1b05E3T4brV02sBjoE; Tue, 05 May 2009 12:11:44 -0400
X-EN-OrigIP: 65.54.246.159
X-EN-IMPSID: nsBM1b05E3T4brV02sBjoE
Received: from BAY127-W20 ([65.55.132.55]) by bay0-omc2-s23.bay0.hotmail.com with
Microsoft SMTPSVC(6.0.3790.3959);
  Tue, 5 May 2009 09:11:21 -0700
Message-ID: <BAY127-W20D829F54672D510EFB41EA5690@phx.gbl>
Content-Type: multipart/alternative;
  boundary="_0f6efde1-e1cb-426a-8ffb-25a613184fb6_"
X-Originating-IP: [190.92.6.170]
From: Tom Crosby <tomcrosby1029@hotmail.com>
To: Ashton O'Dwyer <arod@odwyerlaw.com>
Subject: RE: Small World & Time
Date: Tue, 5 May 2009 12:11:21 -0400
Importance: Normal
In-Reply-To: <4146B5A636BD419D9C67AA43A9944A75@arodlaptop01>
References: <7183B1EA182A470B91A23DDCCA620D77@arodlaptop01>
  <BAY127-W1231DB3DFA86CFC51EC978A57E0@phx.gbl>
  <D62B3860245C466691D833852E29203B@arodlaptop01>
  <BAY127-W4354E20383B023AF79AD46A57C0@phx.gbl>
  <4146B5A636BD419D9C67AA43A9944A75@arodlaptop01>

EXHIBIT 2

00055

MIME-Version: 1.0
X-OriginalArrivalTime: 05 May 2009 16:11:21.0769 (UTC)
FILETIME=[21847190:01C9CD9C]

EXHIBIT 2

00056

| Message15972 | |
|---|---|
| **Subject:** | **RE: Graveyards & Gutter Water** |
| **From:** | Tom Crosby |
| **Date:** | 4/14/2009 6:51:36 AM |
| **To:** | Ashton O'Dwyer |
| **Message Body** | |

EXHIBIT 2

00057

Hola Ashton,

We head back to Honduras today. It has been a fantastic "spring break". The last 2 weeks of school before the vacation were a bit stressful. First the Board announced (because of declining enrollment and economic situation) they were going to bring the closing of our school to a vote of the parents. Our school is a small satellite campus of a much larger school in San Pedro. The parents of our school had an agressive meeting with the Board and the Board withdrew the call for a vote by the greater parent body. Theday after the Board withdrew the call for the vote we had a TGIF with the staffs of both schools. As he was going home from the party, our principal was carjacked and shot. The last week of school before the break were twice daily update meetings on his condition and a swarm of "counselors" from both schools hovering around waiting for somone to breakdown or preparing plans for "worst case" scenarios. The news since we have been here is that he is recovering and will soon be medi-vacked to Canada (where he is from).

The graveyard didn't have any of our ancestors. Some were the founders of Picayune, though, and one was the nephew of Betsy Ross (George Washington Ross). I don't think anyone worried about th egraveyard when it was sold.

If things get too unpleasant there, you are certainly welcome in Honduras. I'm sure your drinking money will go farther.

Cheers,

Tommy

From: arod@odwyerlaw.com
To: tomcrosby1029@hotmail.com
Subject: RE: Communications Check
Date: Sun, 12 Apr 2009 09:06:22 -0500

And Happy Easter to you and "yourn", as well. I thought of you the other day, when a Web-Site that emanates from a lawyer/journalist in Mississippi, Tom Freeland, who goes by EXHIBIT 2 NMC for "NorthMississippiCommentor" posted a photograph of a "private" graveyard on

00058

| Outlook Header Information |
|---|
| Conversation Topic: Graveyards & Gutter Water |
| Sender Name: Tom Crosby |
| Received By: Ashton O'Dwyer |
| Delivery Time: 4/14/2009 6:51:36 AM |
| Creation Time: 4/14/2009 7:01:38 AM |
| Modification Time: 4/14/2009 4:25:10 PM |
| Submit Time: 4/14/2009 6:51:35 AM |
| Importance: Normal |
| Flags: 1 = Read |
| Size: 23008 |

| Standard Header Information |
|---|

Return-path: <tomcrosby1029@hotmail.com>
Envelope-to: arod@odwyerlaw.com
Delivery-date: Tue, 14 Apr 2009 07:51:36 -0400
Received: from impinc03.yourhostingaccount.com ([10.1.13.103]
helo=impinc03.yourhostingaccount.com)
 by mailscan21.yourhostingaccount.com with esmtp (Exim)
 id 1LthAu-0005m1-I1
 for arod@odwyerlaw.com; Tue, 14 Apr 2009 07:51:36 -0400
Received: from bay0-omc2-s35.bay0.hotmail.com ([65.54.246.171])
 by impinc03.yourhostingaccount.com with NO UCE
 id fPrb1b04W3icfuh03Prb3S; Tue, 14 Apr 2009 07:51:36 -0400
X-EN-OrigIP: 65.54.246.171
X-EN-IMPSID: fPrb1b04W3icfuh03Prb3S
Received: from BAY127-W43 ([65.55.132.78]) by bay0-omc2-s35.bay0.hotmail.com with
Microsoft SMTPSVC(6.0.3790.3959);
 Tue, 14 Apr 2009 04:51:35 -0700
Message-ID: <BAY127-W4354E20383B023AF79AD46A57C0@phx.gbl>
Content-Type: multipart/alternative;
 boundary="_528ecec7-438e-4d50-903b-bc888c510069_"
X-Originating-IP: [64.45.236.176]
From: Tom Crosby <tomcrosby1029@hotmail.com>
To: Ashton O'Dwyer <arod@odwyerlaw.com>
Subject: RE: Graveyards & Gutter Water
Date: Tue, 14 Apr 2009 07:51:35 -0400
Importance: Normal
In-Reply-To: <D62B3860245C466691D833852E29203B@arodlaptop01>
References: <7183B1EA182A470B91A23DDCCA620D77@arodlaptop01>
 <BAY127-W1231DB3DFA86CFC51EC978A57E0@phx.gbl>
 <D62B3860245C466691D833852E29203B@arodlaptop01>
MIME-Version: 1.0
X-OriginalArrivalTime: 14 Apr 2009 11:51:35.0396 (UTC)

EXHIBIT 2

FILETIME=[5CA3EA40:01C9BCF7]

EXHIBIT 2

00060

| Message15920 | |
|---|---|
| **Subject:** | **RE: AROD** |
| **From:** | bgilbert |
| **Date:** | 4/8/2009 5:16:22 PM |
| **To:** | 'Ashton O'Dwyer' |
| **Message Body** | |

EXHIBIT 2

00061

Glad to know you're better than can be expected! Have Bill O'Neil and John Waters reached you? They were both trying last week.


From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Wednesday, April 08, 2009 5:13 PM
To: 'bgilbert'
Subject: RE: AROD


Brian: Call me anytime @ 450-9014 (cell) or 891-8790 (home). Actually, I was in the office this A.M. briefly. No, I am not doing well, but I am not homicidal or suicidal, which is "good".

_____

From: bgilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Wednesday, April 08, 2009 17:10
To: 'Ashton O'Dwyer'
Subject: AROD


Ashton, I hope that you're doing OK. We haven't seen you in awhile, know what's been going on, and want to hear from you. I also want to pick your brain on some maritime liability issues if you feel up to it.


Brian A. Gilbert, Esq.

Law Office of Brian A. Gilbert, P.L.C.

821 Baronne Street

New Orleans, Louisiana 70113

Phone: 504/885-7700

Phone: 504/581-6180

Facsimile: 504/581-4336

www.bargecase.com                                          EXHIBIT 2

                                                                  00062

| **Outlook Header Information** |
|---|
| Conversation Topic: AROD<br>Sender Name: bgilbert<br>Received By: Ashton O'Dwyer<br>Delivery Time: 4/8/2009 5:16:22 PM<br>Creation Time: 4/8/2009 5:16:23 PM<br>Modification Time: 4/8/2009 5:22:49 PM<br>Submit Time: 4/8/2009 5:16:51 PM<br>Flags: 1 = Read<br>Size: 15681 |
| **Standard Header Information** |

Return-path: <bgilbert@briangilbertlaw.com>
Envelope-to: arod@odwyerlaw.com
Delivery-date: Wed, 08 Apr 2009 18:16:22 -0400
Received: from impinc03.yourhostingaccount.com ([10.1.13.103]
helo=impinc03.yourhostingaccount.com)
 by mailscan17.yourhostingaccount.com with esmtp (Exim
 id 1Lrg4E-0002M7-2d
 for arod@odwyerlaw.com; Wed, 08 Apr 2009 18:16:22 -0400
Received: from yw-out-1718.google.com ([74.125.46.156])
 by impinc03.yourhostingaccount.com with NO UCE
 id dAGN1b00B3NAz0S03AGNbU; Wed, 08 Apr 2009 18:16:22 -0400
X-EN-OrigIP: 74.125.46.156
X-EN-IMPSID: dAGN1b00B3NAz0S03AGNbU
Received: by yw-out-1718.google.com with SMTP id 5so214277ywm.10
        for <arod@odwyerlaw.com>; Wed, 08 Apr 2009 15:16:21 -0700 (PDT)
Received: by 10.90.49.3 with SMTP id w3mr2143642agw.44.1239228981272;
        Wed, 08 Apr 2009 15:16:21 -0700 (PDT)
Received: from DELL0208 (adsl-068-016-133-164.sip.msy.bellsouth.net [68.16.133.164])
        by mx.google.com with ESMTPS id 36sm4044030aga.53.2009.04.08.15.16.11
        (version=TLSv1/SSLv3 cipher=RC4-MD5);
        Wed, 08 Apr 2009 15:16:12 -0700 (PDT)
From: "bgilbert" <bgilbert@briangilbertlaw.com>
To: "'Ashton O'Dwyer'" <arod@odwyerlaw.com>
References: <128e01c9b896$d35d1db0$7a175910$@com>
<A9DFB7354FB34CA3A1FCEACE025B2426@arodlaptop01>
In-Reply-To: <A9DFB7354FB34CA3A1FCEACE025B2426@arodlaptop01>
Subject: RE: AROD
Date: Wed, 8 Apr 2009 17:16:51 -0500
Message-ID: <12a501c9b897$b86a5a80$293f0f80$@com>
MIME-Version: 1.0
Content-Type: multipart/alternative;
 boundary="----=_NextPart_000_12A6_01C9B86D.CF945280"

EXHIBIT 2

00063

X-Mailer: Microsoft Office Outlook 12.0
Thread-Index: Acm4ltHhMQWKOwJ1SW+u+v7R6OwfLQAAABSAAAAwacA=
Content-Language: en-us

EXHIBIT 2

00064

| **Message7179** | |
|---|---|
| **Subject:** | My "Knock-Out" Drops |
| **From:** | Ashton O'Dwyer |
| **Date:** | 10/7/2009 8:17:00 PM |
| **To:** | 'anavarro@agcenter.lsu.edu'; 'lodwyer@tulane.edu' |
| **Message Body** | |

Girls: I will run out of Mirtazapine 45 mg tabs, Walgreen's #
1136895-01790, after tomorrow. Should I call this in? Perhaps Mom can
run me to Walgreen's some time on Friday. I NEED these "knock-out" drops
to sleep, since I am "clinically depressed", but not homicidal or
suicidal. I "dodged a bullet" yesterday: Stopped on Willow Street in
front of Liberto's, coming from Mom's. Speeding, suspended driver's
license, no license on my person (it was on the kitchen counter),
expired license plate, expired break tag, and gun on the front seat, for
which my permit was in my wallet. Also, I had a "training hand grenade"
on the front seat, which I intended to send to Ryan for his desk. I was
handcuffed and interrogated, and thought I was going directly to jail.
But the Second District Officers, who were very professional, let me
drive off! Obviously, I'm not driving, and will be walking, everywhere.
I still need Mom to drive me to Walgreen's, since I don't have enough
money to pay for the knock-out drops.

| **Outlook Header Information** |
|---|
| Conversation Topic: My "Knock-Out" Drops |
| Subject: My "Knock-Out" Drops |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'anavarro@agcenter.lsu.edu'; 'lodwyer@tulane.edu' |
| Delivery Time: 10/7/2009 8:17:00 PM |
| Creation Time: 10/7/2009 8:04:56 PM |
| Modification Time: 10/7/2009 8:04:56 PM |
| Submit Time: 10/7/2009 8:17:39 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 7315 |

EXHIBIT 2

00065

| Message5752 | |
|---|---|
| **Subject:** | **RE: Communications Check** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 4/12/2009 9:06:00 AM |
| **To:** | 'Tom Crosby' |
| **Message Body** | |

EXHIBIT 2

00066

And Happy Easter to you and "yourn", as well. I thought of you the other
day, when a Web-Site that emanates from a lawyer/journalist in
Mississippi, Tom Freeland, who goes by NMC for
"NorthMississippiCommentor" posted a photograph of a "private" graveyard
on private property. Were the people who were buried in the graveyard on
the Crosby property your ansestors? How did the Family handle access
when the property was sold? Who keeps-up the graveyard? Tommy, I am
"sucking gutter water". My political enemies have done everything to me
they can possibly do, short of another physical attack, which I probably
not survive, or another arrest on trumped-up criminal charges. If I am
taken into custody by the State, I will die in custody. Remember that.
The U.S. Supreme Court recently denied my Petition for a Writ of
Certiorari in my "main" Victims of KATRINA case, which marks the end of
the line for the litigation against the State in Federal Court. The U.S.
Department of "Injustice" recently informed me that they were shutting
down their investigation of the violation of my civil rights, because
they had not uncovered any "prosecutable" offense. Of course, the USDOJ
never even bothered to interview me, so I don't know what on earth they
are talking about, or who they interviewed, if anyone, before deciding
to shut down the investigation. On the bright side, I am not suicidal or
homicidal, and as they say: Every day above ground is a good day! And
today I get my "allowance" from my Mother, so I'll have "drinking" money
for the next week! Talk to you later. Happy Easter, Tommy!

---

From: Tom Crosby [mailto:tomcrosby1029@hotmail.com]
Sent: Sunday, April 12, 2009 06:58
To: Ashton O'Dwyer
Subject: RE: Communications Check

Hi Ashton,
Happy Easter! Please, pass on Easter greetings to your whole family.
I heard about the disbarred ? unbarred?
Wow!! What are your next steps?
Overseas teaching has been a good life. Must be horrible when it seems
your professional community has turned completely against you? That said
- I think I've felt for years like the educational community had
philosophocally turned so far towards justification of high stakes
standardized testing that it was hypocritical of me to work silent and
supportive of that climate.
We've got a big house in Honduras if your looking for a vacation spot.
Cheers, Tommy

EXHIBIT 2

00067

| Outlook Header Information |
|---|
| Conversation Topic: Communications Check |
| Subject: RE: Communications Check |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'Tom Crosby' |
| Delivery Time: 4/12/2009 9:06:00 AM |
| Creation Time: 4/12/2009 8:50:38 AM |
| Modification Time: 4/12/2009 8:50:38 AM |
| Submit Time: 4/12/2009 9:06:22 AM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 16041 |

EXHIBIT 2

00068

| Message5718 |  |
|---|---|
| **Subject:** | **RE: AROD** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 4/8/2009 5:22:00 PM |
| **To:** | 'bgilbert' |
| **Message Body** |  |

EXHIBIT 2

00069

Brian: No. Haven't heard fro Bill or John. Alive and well. Down, but not "out".

_____

From: bgilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Wednesday, April 08, 2009 17:17
To: 'Ashton O'Dwyer'
Subject: RE: AROD

Glad to know you're better than can be expected! Have Bill O'Neil and John Waters reached you? They were both trying last week.

From: Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
Sent: Wednesday, April 08, 2009 5:13 PM
To: 'bgilbert'
Subject: RE: AROD

Brian: Call me anytime @ 450-9014 (cell) or 891-8790 (home). Actually, I was in the office this A.M. briefly. No, I am not doing well, but I am not homicidal or suicidal, which is "good".

_____

From: bgilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Wednesday, April 08, 2009 17:10
To: 'Ashton O'Dwyer'
Subject: AROD

Ashton, I hope that you're doing OK. We haven't seen you in awhile, know what's been going on, and want to hear from you. I also want to pick your brain on some maritime liability issues if you feel up to it.

Brian A. Gilbert, Esq.

EXHIBIT 2

00070

| **Outlook Header Information** |
| --- |
| Conversation Topic: AROD |
| Subject: RE: AROD |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'bgilbert' |
| Delivery Time: 4/8/2009 5:22:00 PM |
| Creation Time: 4/8/2009 5:21:57 PM |
| Modification Time: 4/8/2009 5:21:57 PM |
| Submit Time: 4/8/2009 5:22:47 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 17035 |

EXHIBIT 2

00071

| Message5717 | |
|---|---|
| **Subject:** | **RE: AROD** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 4/8/2009 5:12:00 PM |
| **To:** | 'bgilbert' |
| **Message Body** | |

EXHIBIT 2

00072

Brian: Call me anytime @ 450-9014 (cell) or 891-8790 (home). Actually, I was in the office this A.M. briefly. No, I am not doing well, but I am not homicidal or suicidal, which is "good".

---

From: bgilbert [mailto:bgilbert@briangilbertlaw.com]
Sent: Wednesday, April 08, 2009 17:10
To: 'Ashton O'Dwyer'
Subject: AROD

Ashton, I hope that you're doing OK. We haven't seen you in awhile, know what's been going on, and want to hear from you. I also want to pick your brain on some maritime liability issues if you feel up to it.

Brian A. Gilbert, Esq.

Law Office of Brian A. Gilbert, P.L.C.

821 Baronne Street

New Orleans, Louisiana 70113

Phone: 504/885-7700

Phone: 504/581-6180

Facsimile: 504/581-4336

www.bargecase.com

**Outlook Header Information**

EXHIBIT 2

00073

Conversation Topic: AROD
Subject: RE: AROD
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'bgilbert'
Delivery Time: 4/8/2009 5:12:00 PM
Creation Time: 4/8/2009 5:10:25 PM
Modification Time: 4/8/2009 5:10:25 PM
Submit Time: 4/8/2009 5:12:31 PM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 13012

EXHIBIT 2

00074

## Message5319

| | |
|---:|:---|
| **Subject:** | **Something to Think About** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 3/13/2009 5:23:00 PM |
| **To:** | 'Rebecca Mowbray'; 'Susan Finch'; 'jgill@timespicayune.com' |

### Message Body

Ladies and Mr. Gill: I'm not doing so well. I have been publicly embarrassed and humiliated in a way that I may NEVER recover from. Fortunately, however, I am NOT suicidal or homicidal, so I WILL cope with what has been thrown at me. If you ever were to ask, people will tell you that I am a "black and white" sort of guy. I am not at all "complex" or difficult to understand. As you review, or ponder, the material with which I have "bombarded" (to use Mr. Gill's terminology) you, ask yourself a simple question: "What's so difficult to understand about the simple words 'corrupt' and 'fraudulent'? The litigation has been corrupted by a crooked Federal Judge and his cronies. The proposed levee board settlement is a fraudulent negotiation. The PUBLIC needs to know what is happening. Have a nice weekend.

### Outlook Header Information

Conversation Topic: Something to Think About
Subject: Something to Think About
From: Ashton O'Dwyer
Sender Name: Ashton O'Dwyer
To: 'Rebecca Mowbray'; 'Susan Finch'; 'jgill@timespicayune.com'
Delivery Time: 3/13/2009 5:23:00 PM
Creation Time: 3/13/2009 5:14:11 PM
Modification Time: 3/13/2009 5:14:11 PM
Submit Time: 3/13/2009 5:23:37 PM
Importance: Normal
Priority: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 6737

EXHIBIT 2

00075

| Message3530 | |
|---|---|
| **Subject:** | **RE: Hey, thanks for the trivia** |
| **From:** | Ashton O'Dwyer |
| **Date:** | 7/24/2008 9:24:00 PM |
| **To:** | 'Ryan O'Dwyer' |
| **Message Body** | |

EXHIBIT 2

00076

Pal: Chill. Please allow me to send you a "preppy" Timex, which will compliment the watchbands. Leave Pa-Pa's watch and the Russian watches intact. You will not be disappointed. I lost a friend this past week: Bill Brown, who organized some great trips to Mexico to hunt doves and to fish. Bill was Elder Brown, Sr.'s cousin. He was a Flight Engineer and Top-Turret Gunner on a B-24 In WW II (Eighth Air Force), and a real "joy" to be around on many happy, happy trips, during which everyone had wholesome FUN, FUN, FUN. He's gone: An urn at his "wake" held his ashes. I last saw Bill and his son, Barrett, when I visited a B-24 and a B-29 at Lakefront Airport @ 5 years ago, and I took some pictures of them. After the war in Europe, Bill was training in B-29's to go fight in the Pacific, but we dropped the Atomic Bomb on the fucking JAPS. Elder, Sr. blew his fucking brains out with a 357 magnum in his mouth. People say that people who commit suicide are "cowards". I don't agree. But don't worry; I'm not suicidal or homicidal. At least not yet! If I become homicidal, I'll let you know who's on the "Hit Parade".

---

From: Ryan O'Dwyer [mailto:wrodwyer@gmail.com]
Sent: Wednesday, July 23, 2008 20:22
To: Ashton O'Dwyer
Subject: Hey, thanks for the trivia


Dad,

Sorry it took me so long to respond. I have been out of the office this week and on Capitol Hill for hearings and meetings. I had no idea New Orleans was named after Marcus Aurelius - that's really interesting to know. It's one of my favorite movies too. It's one of those that you can watch over and over again. I especially love the opening battle scene against the Barbarians (I suppose they are Normans or Gauls ?) In any case, it's a great film, one that we saw together as a matter of fact - May of 2000, I was 16.


Thanks again for my shorts, they are really great. I only had three pairs of shorts (one pair are cutoffs I made from Murray's Nantucket Reds), the two you sent me are definitely much needed. I like the drawstring motif, they are great for the beach or just messing around on the weekend. I haven't used the watch bands yet b/c I haven't been able to take the pin out of either the Royal Salute watch (Papa's) or one of the two Russian watches. I have been wearing the Russian watches since you sent them, and I have gotten plenty of compliments. When I was last

EXHIBIT 2

00077

| **Outlook Header Information** |
| --- |
| Conversation Topic: Hey, thanks for the trivia |
| Subject: RE: Hey, thanks for the trivia |
| From: Ashton O'Dwyer |
| Sender Name: Ashton O'Dwyer |
| To: 'Ryan O'Dwyer' |
| Delivery Time: 7/24/2008 9:24:00 PM |
| Creation Time: 7/24/2008 9:07:41 PM |
| Modification Time: 7/24/2008 9:23:59 PM |
| Submit Time: 7/24/2008 9:24:12 PM |
| Importance: Normal |
| Priority: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 18656 |

EXHIBIT 2

00078