⑫

## MOTION NO. 5

⑤ To impose sanctions against various Federal employees working for the following agencies and sub agencies:

The U.S. Department of Justice, including the Civil Litigation Section and the Civil Rights Division in Washington, D.C.,

The U.S. Attorney's office for the Eastern District of Louisiana

The Federal Bureau of Investigation

And to include, without limitation, the following specific individuals:

AUSA Michael Magner
AUSA Gregory Kennedy
Their Superiors

FBI Special Agent
Christopher DiMenna

For the reasons stated in Motion Nos. 3 and 4, supra, and in the Argument and Legal Authority in support



of Motion Nos. 3, 4 and 5, *infra*, which wrongful conduct by Federal employees towards defendant constitutes any and all of the following:

MALICIOUS PROSECUTION

PROSECUTORIAL MISCONDUCT

PROSECUTORIAL VINDICTIVENESS

SELECTIVE PERSECUTION

VINDICTIVE PROSECUTION

Alternatively, defendant moves this Honorable Court to disqualify both the FBI and the U.S. Attorney's office for the Eastern District of Louisiana from this case, and to disqualify the Civil Litigation Division of the U.S. Department of

(14)

Justice in Washington, D.C, from any role whatsoever in the "Victims of KATRINA" litigation.