

MOTION NO. 8

(8) To dismiss the Indictment upon the grounds that the defendant's words were non-criminal and constitutionally protected free speech. Watts v. United States, 394 U.S. 705, 89 S.Ct. 1399 (1969).