

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 10-034 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| ASHTON R. O'DWYER, JR. | * | MAGISTRATE JUDGE HAYES |

**MOTION FOR PRETRIAL DISCLOSURE OF ALL EVIDENCE WHICH
THE GOVERNMENT INTENDS TO OFFER AT TRIAL PURSUANT TO
RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE**

Now comes, defendant Ashton O'Dwyer, Jr., appearing *in propria persona,* who respectfully moves this Honorable Court for the entry of an Order compelling the government to disclose, prior to the trial of this matter, all evidence which it intends to offer pursuant to Rule 404(b) of the Federal Rules of Evidence. Such disclosure should include, but should not necessarily be limited to:

A. A description of the other crime, wrong or act the government intends to offer, including:

1. The date or dates on which the other crime, wrong or act allegedly occurred.

2. The place or places at which such crime, wrong or act occurred.



B.   The names and addresses of all persons who were witnesses to or have knowledge of such crime, wrong or act.

C.   Copies of all documents, materials, or other tangible objects which the government intends to offer into evidence in conjunction with such 404(b) evidence.

D.   All evidence which is exculpatory within the purview of *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, with regard to such other crimes, wrongs or acts evidence, including all evidence which detracts from the probative value of such evidence, or which indicates that the probative value of the evidence might be outweighed by its prejudicial effect.

E.   A statement of the purpose for which such evidence is being offered, i.e., a declaration from the government of whether the evidence is being offered to show motive, or opportunity, or intent, etc.

Respectfully submitted this _____ day of _____, 2010.

/s/ Ashton R. O'Dyer, Jr.
ASHTON R. O'DWYER, JR.
*In Propria Persona*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by hand delivery on Gregory Kennedy, Assistant United States Attorney, 500 Poydras Street, 2nd Floor, Hale Boggs Federal Building, and Timothy Gantner, United States Pretrial Services Officer, at 500 Poydras Street, 6th Floor, Hale Boggs Federal Building, New Orleans, Louisiana 70130, this _____ day of _____, 2010.

_____
ASHTON R. O'DWYER, JR.
*In Propria Persona*