```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,      *     CRIMINAL DOCKET NO. 10-034

        v.                     *     JUDGE: DONALD E. WALTER

ASHTON R. O'DWYER, JR.         *

                      *    *    *
```

## GOVERNMENT'S NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 4(b)(1)(B)(i), notice is hereby given that the United States of America, plaintiff above named, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the district court's Judgment dismissing the indictment against the defendant, Ashton R. O'Dwyer, Jr., which judgment was issued on June 28, 2010, and entered on June 29, 2010, accompanied by a Memorandum Ruling dated June 24, 2010.

```
                              Respectfully submitted,

                              JIM LETTEN
                              UNITED STATES ATTORNEY


                              /s/ Gregory M. Kennedy
                              GREGORY M. KENNEDY
                              Assistant United States Attorney
                              500 Poydras Street, Room 210-B
                              New Orleans, Louisiana  70130
                              Telephone: 504-680-3102
                              greg.kennedy@usdoj.gov
```

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Cynthia Cimino and Virginia L. Schlueter, court-appointed stand-by counsel for defendant Ashton R. O'Dwyer, Jr.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:  Ashton R. O'Dwyer, Jr.

/s/ Gregory M. Kennedy
GREGORY M. KENNEDY
Assistant United States Attorney