U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 AUG -3 PM 3:03
LORETTA G. WHYTE
CLERK

USA

vs.

ASHTON O'DWYER

CRIMINAL DOCKET
NO. 10-034

JUDGE WALTER

## DEFENDANT'S NOTICE OF CROSS APPEAL

COMES NOW Defendant, Ashton R. O'Dwyer, Jr., appearing <u>in propria persona</u> and gives notice of his intent to appeal to the United States

___ Fee _____
___ Process _____
X__ Dktd _____
✓__ CtRmDep _____
___ Doc. No. _____

Court of Appeals for the Fifth Circuit (or some other court to be designated after Motions to Disqualify the Fifth Circuit are decided) from the following "lower" court rulings:

① Those embodied in magistrate Hayes' ruling of May 21, 2010 (Record Document No. 56) to the extent the ruling(s) addressed defendant's

②

Bill of Particulars and Motion for Discovery and/or for Production of Evidence, all of which was wrongfully denied defendant in the District Court.

(2) Those embodied in Judge Walter's rulings of June 9, 2010 (Record Document No. 62) including, but without limitation, the referral(s) to the magistrate for

(3)

Reports and Recommendations (never ruled upon).

(3) The denial of documents in Record Document No. 61, including the denial of defendant's Bill of Particulars and Motion(s) for Discovery.

(4) The denial of defendant's other pre-trial motions, which were filed on June 4, 2010 and subse-

(4)

quently, which denials are either implicit from or were rendered moot in the Order in which Judge Walter dismissed the Indictment against defendant, with prejudice, believed to be a Memorandum Ruling dated June 24, 2010.

*[signature]*

ASHTON R. O'DWYER, JR.
IN PROPRIA PERSONA
6034 ST. CHARLES AVE.
NEW ORLEANS, LA. 70118
891-8790
AROD JRLAW @ AOL.COM

(5)

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2ND day of August 2010, he mailed the above and foregoing pleading to AUSA Gregory Kennedy first class postage pre-paid.

*[signature]*

(6)

August 2, 2010

CERTIFIED RETURN RECEIPT
REQUESTED

Dear Madame Clerk:

Please file the enclosed Notice of Appeal in Criminal Case No. 10-034 in the record and confirm the filing to me via E-mail at "AROPJRLAW@AOL.COM".

*[signature]*
ASHTON O'DWYER

ASHTON O'DWYER
6034 ST. CHARLES AVE.,
NEW ORLEANS, LA. 70118



7005 3110 0001 6809 3389

Clerk of Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA ~~~~~
70130